10/06/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday November 4, 2003

9:30 a.m.

CASE NO.   3-02-cv-09 Martino v Metro-North RR Co
---------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| George J. Cahill Jr. | Cahill & Goetsch, 43 Trumbull St., New Haven, CT 203-777-1000 |
| Charles A. Deluca | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Robert O. Hickey | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Scott E. Perry | Cahill & Goetsch, 43 Trumbull St., New Haven, CT 203-777-1000 |
| Anthony D. Sutton | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 11/4/03

6 min.