FILED
Nov 20  10 09 AM '03
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL MARTINO                    :

v.                                 :   NO. 3:02cv0009 (MRK)

METRO-NORTH RAILROAD COMPANY       :

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provision of 28 U.S.C. 636(c) and R. Civ. P. 73, the parties in the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all purposes.

| Signatures | Date |
|---|---|
| /s/ Scott E. Perry | 11/13/03 |
| /s/ | 11/17/03 |

Unless otherwise indicated below, any appeal shall be taken to the United States Court of Appeals for this judicial court in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

This matter has been transferred to a magistrate judge. All future filings should be filed at the seat of court where the magistrate judge sits and the case number must be followed by the magistrate judge's...

### ORDER OF TRANSFER

IT IS HEREBY ORDERED that the above-captioned case be transferred to Magistrate Judge William I. Garfinkel for all purposes in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

IT IS SO ORDERED.

_____
Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: __11/20__, 2003