UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Status Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 14, 2004

3:00 p.m.

*Held*

*30 mins.*

CASE NO. **3:02cv0009 (WIG)**    **Michael Martino v Metro-North Railroad Co.**

George J. Cahill Jr.
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511


Charles A. Deluca
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905


Robert O. Hickey
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905


Scott E. Perry
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511


Anthony D. Sutton
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905


* PLAINTIFF COUNSEL WILL INITIATE THE CONFERENCE CALL TO JUDGE GARFINKEL @ 203-579-5593.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK