UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
Michael Martino                            :
                                           :
            Plaintiffs,                    :    CIVIL ACTION NO.
                                           :    3:02-cv-0009 (WIG)
       v.                                  :
                                           :
Metro-North Railroad                       :
                                           :
                                           :
            Defendants                     :
-------------------------------------------------x
```

## TRIAL SCHEDULING ORDER

The Court hereby issues the following scheduling order:

1.      The parties shall file motions in limine and a Joint Trial Memorandum on or before April 23, 2004.

2.      Jury selection will be held before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut on Thursday, April 29, 2004. at 9:30 a.m.  The jury selection courtroom is yet to be decided, thus counsel are directed to report to Chambers in Room 429 unless they are otherwise informed.  A final pre-trial conference will be held at the conclusion of jury selection.

3.      A five-day jury trial will begin before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport, Connecticut on Monday, May 3, 2004 beginning each day at 9:30 a.m.

4.      The deadlines established herein may not be modified by agreement of counsel.  These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause, which motion shall

be filed no later than five (5) business days before the date from which counsel seeks an extension.

So ordered this 4th day of February, 2004, at Bridgeport, Connecticut.

                                                  */s/ William I. Garfinkel*  
                                                  William I. Garfinkel  
                                                  United States Magistrate Judge