UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 8, 2004

10:00 a.m.

*Held 2 hours*

CASE NO. **3:02cv09 (WIG)**   **Martino v Metro-North**

George J. Cahill Jr.
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511


Charles A. Deluca
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905


Robert O. Hickey
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905


Scott E. Perry
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511


Anthony D. Sutton
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK