FILED

2004 APR 22  A  9: 42

U.S. DISTRICT COURT
BRIDGEPORT CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

MICHAEL MARTINO,                              CIVIL ACTION

     Plaintiff                                  NO. 3:02CV0009 (WIG)

VS.

METRO-NORTH RAILROAD COMPANY,

     Defendant                                  APRIL 21, 2004
_____X

## MOTION FOR EXTENSION OF TIME
## TO COMPLETE PARTIES' JOINT TRIAL MEMORANDUM

The parties hereby move jointly to extend the deadline to submit their Joint Trial Memorandum (JTM) from April 23, 2004 up to and including May 21, 2004.  In support hereof the parties state the following:

1. Jury selection is scheduled for June 2, 2004 and trial is scheduled for the week of June 7th.

2. The parties attended a settlement conference on April 8, 2004 with the Court and are making efforts to further settlement discussions.

3.  The parties seek to extend the JTM deadline until May 21st in order to keep the possibility of settlement alive before additional resources are expended.

4. On this same day undersigned counsel conferred with Metro-North's attorney, Robert Hickey, and he consents and joins in the instant motion.

Wherefore, the parties hereby move for an extension of the JTM deadline from April 23, 2004 up to and including May 21, 2004.

Respectfully submitted,

FOR THE PLAINTIFF MICHAEL MARTINO,

By _____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut  06511
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 21st day of April, 2004, to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

Scott E. Perry