



# FILED

2004 APR 22 A 9: 42

U.S. DISTRICT COURT
BRID COURT CONN.

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

———————————————————X

MICHAEL MARTINO,                                    CIVIL ACTION

     Plaintiff                                    NO. 3:02CV0009 (WIG)

VS.

METRO-NORTH RAILROAD COMPANY,

     Defendant                                    APRIL 21, 2004

———————————————————X

## MOTION FOR EXTENSION OF TIME
## TO COMPLETE PARTIES' JOINT TRIAL MEMORANDUM

The parties hereby move jointly to extend the deadline to submit their Joint Trial Memorandum (JTM) from April 23, 2004 up to and including May 21, 2004. In support hereof the parties state the following:

1. Jury selection is scheduled for June 2, 2004 and trial is scheduled for the week of June 7th.

2. The parties attended a settlement conference on April 8, 2004 with the Court and are making efforts to further settlement discussions.

3. The parties seek to extend the JTM deadline until May 21st in order to keep the possibility of settlement alive before additional resources are expended.

GRANTED. It is SO ORDERED.

4/28/04
DATE

WILLIAM I. GARFINKEL, U.S.M.J.

FILED
2004 APR 28 A 11: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN.