UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTCUT

_____X

MICHAEL MARTINO,                                          CIVIL ACTION

     Plaintiff                                                      NO. 3:02CV0009 (WIG)

VS.

METRO-NORTH RAILROAD COMPANY,

     Defendant                                                  MAY 21, 2004
_____X

## MOTION TO WITHDRAW AND MOTION TO CONTINUE JURY SELECTION

Pursuant to L. R. Civ. P. 7(e), plaintiff's counsel hereby moves to withdraw the appearance of George J. Cahill, Jr., Esq., and Scott E. Perry, Esq., as attorneys for the plaintiff in the above-entitled matter. It is further requested that the date for jury selection be adjourned to provide the plaintiff with a reasonable time to retain new trial counsel.

In support hereof plaintiff's counsel represents that there is an irretrievable breakdown in the attorney/client relationship. The plaintiff's refusal to consider or accept the advice of counsel makes it impossible for his attorneys to provide effective representation.

**ORAL ARGUMENT AND/OR TELEPHONE CONFERENCE REQUESTED.**

Attorney Scott E. Perry, conferred with Metro-North's attorneys Charles A. Deluca, Esq., and Robert O. Hickey, Esq., and they have no objection to the granting of this Motion.

FOR THE PLAINTIFF, MICHAEL MARTINO

BY _____

George J. Cahill, Jr. (ct04485)
Scott E. Perry (ct17236)
CAHILL, GOETSCH, & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut  06511
(203) 777-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was faxed and mailed, postage prepaid, on this 21st day of May, 2004, to Charles A. Deluca, Esq., and Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905; and mailed, via certified mail, on this 21st day of May, 2004, to Michael Martino, 363 Contour Drive, Cheshire, Connecticut  06410.

George J. Cahill, Jr.

2