UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------x
MICHAEL MARTINO,                :
                                :       CIVIL ACTION NO.
            Plaintiff,          :       3:02CV 09(WIG)
                                :
       v.                       :
                                :
METRO-NORTH RAILROAD CO.,       :
                                :
            Defendant.          :
-----------------------------------------------x
```

## ORDER SCHEDULING HEARING

The parties are directed to appear before the Honorable William I. Garfinkel, U.S. Magistrate Judge, on **Thursday, July 15, 2004** at **2:00 p.m.** at the U.S. District Court, 915 Lafayette Boulevard, Room 435, Bridgeport, CT, for a hearing on the pending motion to withdraw (Doc. #30). Mr. Martino must appear personally in addition to counsel from Cahill & Goetsch. Metro-North's counsel must also appear, though the Court may wish to talk with Mr. Martino and other counsel outside Metro-North's counsel's presence.

So ordered this 22nd day of June 2004, at Bridgeport, Connecticut.

*/S/ William I. Garfinkel*
William I. Garfinkel
U.S. Magistrate Judge