UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL MARTINO : | |
| : | |
| Plaintiff, : | |
| : | |
| V. : | CIVIL ACTION NO. 3:02 CV 0009(MRK) |
| : | |
| METRO-NORTH RAILROAD COMPANY : | |
| : | |
| Defendant. : | |
| | JULY 15, 2004 |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated:  July 15, 2004                            _____
                                                     Catherine S. Nietzel, Esq.  (CT 18573)
                                                     Ryan, Ryan, Johnson & Deluca, LLP
                                                     80 Fourth Street, P.O. Box 3057
                                                   Stamford, CT   06905
                                                   Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Michael Martino

                                                                                         _____
                                                                                         Catherine S. Nietzel, Esq.

I:\Procases\205.188\appearcsn.wpd
205.118