UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTCUT

_____X

MICHAEL MARTINO,                     CIVIL ACTION

    Plaintiff                            NO. 3:02CV0009 (WIG)

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant                            November 15, 2004

_____X

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

The plaintiff herewith submits his proposed Jury Voir Dire.

1. Does any juror have any problem with his or her hearing, sight, or understanding of the English language that would impair his or her full attention at trial?

2. Does any juror take medication which makes you drowsy or would prevent you from concentrating during the course of this trial?

3. Does any juror, relative or friend know the plaintiff Michael Martino, or any of his relatives?

4. The plaintiff is represented by Scott E. Perry, Esq. of the law firm Cahill, Goetsch and Maurer, P.C. located in New Haven, Connecticut. Does any juror know, or has any juror had any dealings, directly or indirectly, with Mr. Perry or any member of his family or law firm?

5. The defendant in this trial is Metro-North. Has any juror, relative or friend, ever been employed by the defendant railroad, or had any prior dealings with the defendant, that might make it difficult for you to reach a fair and impartial verdict?

6. Has any juror ever ridden on a train owned or operated by Metro-North? (Anything about your experience that would make it difficult for you to be fair and impartial?)

7. Defendant Railroad is represented at this trial by Robert O. Hickey, Esq. of the law firm of Ryan, Ryan, Johnson & Deluca, LLP. Does any juror know, or has any juror had any dealings, directly or indirectly, with Mr. Hickey or any member of his family or law firm?

8. In addition to the parties, the following persons may be called as witnesses or mentioned during the trial: [List of witnesses from JTM] Does any juror know or think they know any of the persons listed above? Has any juror, or family member or friend, had any dealings with any of the persons listed above?

9. Have you, any relative, or friend either as an individual or in the course of business, ever been a party to any lawsuit? (Anything about your experience that would make it difficult for you to be fair and impartial?)

10. Has any juror ever served as a member of any federal, state, county or city grand jury?

11. Has any juror ever served as a trial juror in either the state or federal courts? When and where? Was it a civil or a criminal case? Did you have the benefit of hearing the court instruct the jury on the law that applied to that case? Did the jury reach a verdict? Did the judge comment on the verdict?

12. Has any juror, relative or friend ever appeared as a witness at any state or federal trial, or before a grand jury, a congressional or state legislative committee, a licensing authority or a governmental agency?

13. Is any juror, relative or friend employed by a lawyer, law firm, or engaged in the practice of law?

14. Is any juror, relative or friend a doctor, or has any juror, relative or friend studied the practice of medicine?

15. Is any juror, relative or friend an employee of a company settles or investigates personal injury claims as part of its business?

16. Has any juror, relative or friend ever brought a personal injury claim? Briefly elaborate. Did the injury occur to you? Did the claim involve injuries at work?

17. Has any juror, relative or friend ever been a witness to someone else's work injury or a witness to an accident?

18. Has any juror, relative, or friend ever lost time from work or required medical attention because of back injuries or discomfort?

19. Does any juror, relative or friend suffer from physical limitations as a result of an injury?

20. What do you like to do in your spare time - any hobbies or interests?

21. What types of materials do you like to read?

22. What is the source of most of your news information? Television . . . newspapers . . magazines . . . the Internet? (Which newspapers do you read?)

23. What are your favorite television shows?

24. Does any juror have a strong view, one way or the other, about lawsuits, and awarding money damages?

25. Does any juror believe that an individual who brings a lawsuit is entitled to be paid some money just because he brings a lawsuit?

26. Defendant is a corporation and plaintiff is an individual. Both parties stand as equals before the law and are to be treated fairly and equally. Does any juror think they would not be able to treat the parties as equals?

27. Does any juror have the slightest doubt, for any reason whatsoever, that he or she will be able to keep an open mind throughout these proceedings; and serve conscientiously, fairly and impartially in this case; and render a true and just verdict without fear, favor, sympathy, prejudice, and according to the law as it will be explained?

28. Does any juror think, if for some reason you disagree with my instructions as to what the law is, that you will not be able to put your belief aside and follow my instructions as to what the law is that should be applied to this case?

29. Do you think there is anything about your own personal life experience, or the experience of a relative or friend, that would make it difficult for you to be a fair and impartial juror in this case?

FOR THE PLAINTIFF, MICHAEL MARTINO

BY _____
Scott E. Perry (ct17236)
CAHILL, GOETSCH, & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 15th day of November, 2004, to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry