FILED

2004 NOV 15 P 3: 31

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

District of Connecticut

-----------------------------------------------------X
MICHAEL MARTINO

        Plaintiff,

v.                                                                          Case Number: 3:02CV0009(WIG)

METRO-NORTH RAILROAD COMPANY,

        Defendant.                                              NOVEMBER 15, 2004

-----------------------------------------------------X

## DEFENDANT METRO-NORTH COMMUTER RAILROAD'S REQUESTED VOIR DIRE

1. Please state your name, age, occupation, spouse's occupation, whether you have any children, their ages and occupations.

2. Are you or any member of your family a member of a union? If so, please state which union.

3. Have you or any member of your family ever been a party in any civil lawsuit?

    a. If so, could you briefly describe the circumstances of the lawsuit?

    b. Was there anything about that experience which would tend to make you biased or prejudiced in any way to any party?

1

4. Have you ever been involved in an accident in which you sustained any injury to your body?

5. If so,

    a. describe the injury.

    b. describe the circumstances of the accident and injury.

    c. was a claim made?

    d. how was the claim resolved?

    e. was there anything about that experience which would cause you not to be objective in deciding this case?

6. Do you understand that under our system of justice, it is the burden of the plaintiff to prove his case against the defendant?

7. As part of that, do you understand that the plaintiffs must prove that the accident was caused as a result of the defendant's fault and that the decedent's death was the direct consequence thereof?

8. Do you understand that the defendant does not have to prove that it wasn't at fault?

9. If at the end of this case you find that the defendant Metro-North Commuter Railroad was not responsible for the accident, could you return a verdict for the defendant Metro-North?

10. Have you or any members of your family ever worked for Metro-North Commuter Railroad or any other railroad?

11. If so,

   a. which railroad?

   b. when did you or they work there?

   c. did you or they ever make a claim against the railroad for injuries sustained?

   d. is there anything about your or their employment on the railroad which would color your thinking in this case or cause you to be biased toward either one of the parties in this action?

12. Do you have any feelings, pro or con, concerning Metro-North Commuter Railroad or any other railroad, which might cause you to be anything less than fair in deciding this case?

13. Can you be fair to all sides in this dispute and render a fair and impartial verdict?

14. Will you be able to apply your common sense to the facts of this case in making your decision?

15. Have you ever sat on a jury before on a case that went to verdict?

   a. If so, what type of case was it?

   b. Was there anything about that experience which would prevent you from

sitting on this jury and being fair and impartial to both sides?

15. Have you or anyone you know of had a back injury?

16. If so, would the knowledge you have of that back injury impair your ability to be fair and neutral in this case?

17. Will you be able to follow the letter of the law even if you personally do not agree with the results or outcome that results from doing so?

THE DEFENDANT
METRO-NORTH RAILROAD COMPANY,

BY _____
Robert O. Hickey (19555)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Post Office Box 3057
Stamford, CT 06905
Tel. No. 203-357-9200

## CERTIFICATE OF SERVICE

I certify that I delivered a true and correct copy of the foregoing via hand delivery and United States mail, first class postage prepaid, to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

this 15TH day of November, 2004.

_____
Robert O. Hickey