United States District Court
District of Connecticut
FILED AT BRIDGEPORT

12-1-2004

Kevin F. Rowe, Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

——————————————————X

MICHAEL MARTINO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

CIVIL ACTION

NO. 3:02CV0009(WIG)

DECEMBER 1, 2004

——————————————————X

## PLAINTIFF'S AMENDED EXHIBIT LIST

**11 (A) Plaintiff's List of Exhibits:**

    Ex. 1: Photograph of accident area (Taken by Jill Mundy).

    Ex. 2: Metro-North's Supervisor's Injury Report (4 pages).

    Ex. 3: Map of New Haven Yard.

    Ex. 4: Metro-North MD 40 dated July 6, 1999.

    Ex. 5: Metro-North MD 40 dated November 30, 1999.

    Ex. 6: December 2, 1999 Return To Work Slip - Dr. Sritharan.

    Ex. 7: December 7, 1999 Metro-North Med. Progress Note.

    Ex. 8: Metro-North MD 40 dated December 7, 1999.

Ex. 9:   NOAA, National Climatic Data Center - February 1999 Local Climatological Data Bridgeport, CT; Sikorsky Memorial Airport (8 pg.).
(Defendant objects per F.R.E. 802)

Ex. 10:  Two Photographs of Train Engineer's Seat/Compartment.

Ex. 11:  Portions of Defendant's October 11, 2002 Interrogatory Responses.

Ex. 12:  Portions of Frederick Chidester's 4/2/2003 Dep. Tr.

Ex. 13:  Portions of Ann M. Finegan's April 2, 2003 Dep. Tr.
(Defendant objects per F.R.E. 402 and 403)

Ex. 14:  Portions of Thomas Lemme's February 12, 2003 Dep. Tr.

Ex. 15:  Portions of Jack Swanberg's February 6, 2003 Dep. Tr.

Ex. 16:  Portions of Bill Crosby's Dep. Tr.

Ex. 17:  Portions of Mike Walsh's Dep. Tr.

Ex. 18:  Dr. Finegan's June 15, 1999 letter to Dr. Fasano.

Ex. 19:  Crosby drawing.

Ex. 20a-j:  Martino/sister photographs.

*Plaintiff reserves the right to introduce any exhibits identified by defendant, and reserves the right to use additional exhibits for purposes of rebuttal or impeachment*

FOR THE PLAINTIFF, MICHAEL MARTINO

By _____
Scott E. Perry, Esq. (ct17236)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2004, a copy of the foregoing was hand-delivered in the United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry