UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTCUT

------------------------------X

| | |
|---|---|
| MICHAEL MARTINO, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV0009 (WIG) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | December 2, 2004 |

------------------------------X

### PLAINTIFF'S SUPPLEMENTAL JURY CHARGES

These Proposed Charges are based on the plaintiff's present understanding of the case and he reserves the right to submit additional proposed charges.

FOR THE PLAINTIFF,

By _____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

**Duty To Make Necessary Rules**

It was the duty of the defendant railroad to make and publish to its employees such sufficient and necessary rules and regulations and prescribe such proper and adequate procedures for them to follow as reasonable care required under the circumstances then and there existing. In other words, the railroad has a duty to exercise reasonable care for the protection of its employees. Ybarra v. Burlington Northern, Inc., 689 F.2d 147, n. 1 (8th Cir. 1982).

**Procedures and Methods**

Similarly, you may find the defendant negligent if you find that it instructed its employees to perform tasks either with a number of employees or a procedure or method which it knew or in the exercise of reasonable care should have known, would result in injuries. Sand, 4 Modern Federal Jury Instructions, § 89-18 (1993).

## CERTIFICATE OF SERIVCE

I hereby certify that a copy of the foregoing was hand delivered, on this __2__ day of December, 2004, to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry