UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
MICHAEL MARTINO                             :
      Plaintiff,                           :   CIVIL ACTION NO.
                                            :   3:02-cv-0009(WIG)
v.                                          :
                                            :
METRO-NORTH RAILROAD COMPANY                :
      Defendant                            :
------------------------------------------------------------x

## VERDICT FORM

**Interrogatory No. 1**

Do you find that the defendant was negligent under the Federal Employers' Liability Act?

    Yes_____          No__✓__

[If your answer to Interrogatory No. 1 is "no," you have completed your deliberations. If your answer to Interrogatory No. 1 is "yes," proceed to Interrogatory No. 2.]

**Interrogatory No. 2**

If your answer to Interrogatory No. 1 is "yes", did that negligence play any part in bringing about Mr. Martino's injuries?

    Yes_____          No_____

[If your answer to Interrogatory No. 2 is "no," you have completed your deliberations. If your answer to Interrogatory No. 2 is "yes," proceed to Interrogatory No. 3.]

**Interrogatory No. 3**

If your answer to Interrogatory No. 2 is "yes", do you find that Mr. Martino was contributorily negligent?

    Yes_____          No_____

[If your answer to Interrogatory No. 3 is "no," proceed to Interrogatory No. 5 and do not respond to Interrogatory No.4. If your answer to Interrogatory No. 3 is "yes," proceed to Interrogatory No. 4.]

**Interrogatory No. 4**

If your answer to Interrogatory No. 3 is "yes," to what extent, expressed in percentages, did the defendant's and Mr. Martino's negligence contribute to his injuries?

   Mr. Martino  _____%
   Defendant  _____%

   Total must equal 100%

[Proceed to Interrogatory No. 5.]

**Interrogatory No. 5**

What amount do you find, without reduction for any contributory negligence, will fairly and adequately compensate Mr. Martino for:

 A. Past Lost Wages and Benefits: $_____

 B. Past Pain, Suffering, Mental Anguish
  and Loss Of Enjoyment of Life's Activities $_____

 **GENERAL VERDICT (Total of A+B)** $_____

[If your answer to Interrogatory No. 3 is "yes," proceed to Interrogatory No. 6. If your answer to Interrogatory No. 3 is "no," your deliberations are complete.]

**Interrogatory No. 6**

If your answer to Interrogatory No. 3 is "yes," reduce the total combined amount of damages in Interrogatory No. 5 by the percentage of Mr. Martino's contributory negligence that you found in Interrogatory No. 4 and enter that reduced amount in the space below:

 **GENERAL VERDICT:** $_____

 You have completed your deliberations. Please sign and date this form.

12/3/04
Date

*James P. Smith*
Foreperson

2