# United States District Court

**DISTRICT OF** _____

Michael Martino
v.
Metro-North R.R. Co.

**EXHIBIT ~~AND WITNESS~~ LIST**

CASE NUMBER: 3:02CV9(WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Scott Perry | Robert O. Hickey |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12-1 | K. Falcone | C. Landers |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | | 12/1 | 12/1 | Metro-North's Supervisor's Injury Report |
| 3 | | | 12/1 | 12/1 | Map of New Haven Yard |
| 1 | | | 12/1 | 12/1 | Photo of Accident Area |
| 9 | | | 12/1 | 12/1 | NOAA, National Climatic Data Center Report |
| | 50a | | 12/1 | 12/1 | Photo |
| | 50b | | 12/1 | 12/1 | Photo |
| | 50c | | 12/1 | 12/1 | Photo |
| 19 | | | 12/1 | 12/1 | Diagram Drawing by Crosby |
| 20A thru 20J | | | 12/1 | 12/1 | Photos of Railroad Tracks |
| 21 | | | 12/1 | | Statement by Crosby |
| | 50h | | 12/1 | 12/1 | Photo |
| 18 | | | 12/1 | 12/1 | Dr. Finegan's June 15, 1999 letter to Dr. Fasano |
| 4 | | | 12/1 | 12/1 | MD 40 Form dated 7-6-1999 |
| 8 | | | 12/1 | 12/1 | MD 40 Form dated 12-7-1999 |
| 6 | | | 12/1 | 12/1 | 12-2-1999 Return To Work Slip - Dr. Sritharan |
| | O | | 12/2 | 12/2 | ~~Wage Claim~~ Plaintiff's Amended Response - Interrogatories |
| 22 | | | 12/2 | 12/2 | Plaintiff's Interrogatories |

All exhibits returned to Counsel _Scott Perry_

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages