# United States District Court

DISTRICT OF _____

Michael Martino
v.
Metro-North RR. Co

~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3:02 CV9 (WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Scott Perry | Robert O. Hickey |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12-1-2- | K. Falcone | C. Sanders |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |   | 12-1-2004 |   |   | Jack Swanberg, Branford, CT |
| ✓ | ✓ | 12-1-2004 |   |   | William R. Crosby, Wheatherfield, CT |
| ✓ | ✓ | 12-1-2004 |   |   | Thomas Lenme -, Garden City South, N.Y. |
| ✓ | ✓ | 12-1-2004 |   |   | Frederick Chidester - Milford, CT |
| ✓ | ✓ | 12-1-2004 |   |   | Kandiah Sritharan, New Haven, CT |
| ✓ |   | 12-1-2-2004 |   |   | Michael Martino, Cheshire, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages