UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL MARTINO

v.   3:02CV9(WIG)

METRO-NORTH RAILROAD COMPANY

## JUDGMENT

This matter came on for trial before Honorable William I. Garfinkel, United States Magistrate Judge after a Consent to Proceed Before a U.S. Magistrate was filed on November 20, 2003. On December 2, 2004 after deliberation, the jury returned a verdict for the defendant Metro-North Railroad Company and against the plaintiff Michael Martino.

Therefore, it is **ORDERED** and **ADJUGED** that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 6th day of December, 2004.

KEVIN F. ROWE, Clerk

By /s/ Carol Sanders
      Deputy Clerk

Entered on Docket _____